UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  10-23213 |
| Douglas & Janice Eberly | ) | |
| | ) | Chapter:  7 |
| | ) | Honorable Bruce W. Black |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER TO WITHDRAW UNCLAIMED FUNDS

IT IS HEREBY ORDERED that the Clerk of the United States Bankruptcy Court is directed to pay $1,762.74 to Hudson & Keyse, L.L.C., claimant, Attn: Brian J Dilks, in the above captioned case.

   Claimant's last four digits of Social Security number or EIN #: 6411
Dilks & Knopik, LLC's last four digits of EIN #: 9851

Pursuant to the Change of Address previously filed with the Court, the funds should be sent to: Hudson & Keyse, L.L.C., 35308 SE Center Street, Snoqualmie, WA 98065

Enter:

Honorable Bruce W. Black
United States Bankruptcy Judge

Dated:  June 11, 2014

**Prepared by:**

David R. Herzog
HERZOG & SCHWARTZ, P.C.
77 W. Washington Street, Suite 1717
Chicago, IL 60602
312-977-1600